**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1120**

---

DAVID M. KISSI,

Plaintiff - Appellant,

versus

RICHARD M. KREMEN,

Defendant - Appellee,

and

DK&R COMPANY,

Debtor - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (1:05-cv-2414-PJM; 1-05-cv-03458-PJM; 1:05-cv-02641-PJM)

---

Submitted: September 28, 2006          Decided: October 4, 2006

---

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David M. Kissi, Appellant Pro Se. Maria Ellena Chavez-Ruark, DLA PIPER RUDNICK GRAY CARY, US LLP, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David M. Kissi appeals the district court's order dismissing his appeal from the bankruptcy court's order denying his amended motion to reconsider an award of compensation and expenses to the trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kissi v. Kremen, Nos. 1:05-cv-2414-PJM; 1:05-cv-03458-PJM; 1:05-cv-02641-PJM (D. Md. Dec. 12, 2005). We deny Kissi's motions for a change of venue, to consolidate cases, and to remand, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED